```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                    EASTERN DISTRICT OF WASHINGTON
 8   UNITED STATES OF AMERICA,        )
 9                                    )   NO. CR-05-2075-EFS-6
                     Plaintiff,       )
10        v.                          )   ORDER ON ARRAIGNMENT
                                      )   ON SUPERSEDING INDICTMENT
11                                    )   AND ORDER MODIFYING
     ERICA L. CUEVAS-CEBALLOS,        )   CONDITIONS OF RELEASE
12                                    )
                     Defendant.       )
13                                    )
```

This matter coming on for arraignment on superseding indictment the 22nd day of July, 2005, the government represented by Jane Kirk, Esq., the defendant present and represented by retained counsel Rolando Adame, Esq.

The defendant was advised of her rights and acknowledged that she understood those rights. The defendant acknowledged receipt of a copy of the superseding indictment, and waived reading of the same in open court, and further acknowledged she understood the charges filed against her and the maximum penalties that could be imposed. Defendant signed an acknowledgment of rights.

A plea of not guilty was entered by the Court.

The defendant moved for a modification of conditions of release and requested release on a $10,000 cash bond.

The government initially objected to defendant's request, but during argument withdrew its objection.

ORDER ON ARRAIGNMENT ON SUPERSEDING
INDICTMENT AND ORDER MODIFYING
CONDITIONS OF RELEASE  - 1

1  The Court **granted** defendant's motion for modification of
2 conditions of release.
3  **IT IS ORDERED** that the Defendant on her plea of not guilty,
4 is bound over for trial before a District Court Judge.
5  **IT IS FURTHER ORDERED** that defendant's release is subject to
6 the following conditions:
7  1.   The previously imposed conditions shall remain in full
8 force and effect.
9  2.   The $10,000 property bond previously ordered is
10 converted to a $10,000 cash bond.
11  DATED this 22nd day of July, 2005.

                                        <u>S/Michael W. Leavitt</u>
                                        United States Magistrate Judge

ORDER ON ARRAIGNMENT ON SUPERSEDING
INDICTMENT AND ORDER MODIFYING
CONDITIONS OF RELEASE   - 2